**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Michael Rizea, | No. CV-26-00169-PHX-SMM |
| Plaintiff, | **ORDER** |
| v. | |
| Harley-Davidson Incorporated, et al., | |
| Defendants. | |

This matter is before the Court on Plaintiff's Motion to Remand to State Court. (Doc. 20). Defendants Harley-Davidson Incorporated and Harley-Davidson Motor Company Incorporated filed a response to Plaintiff's Motion (Doc. 20) that they do not contest Plaintiff's Motion to Remand this action to the Superior Court of Arizona, Maricopa County. (Doc. 24). Further, there is no longer diversity of citizenship because Defendants Stubbs, Inc. and Buddy Stubbs, LLC have now been served and made an appearance in this matter confirming they are Arizona residents. Therefore, the Court will remand this action back to state court.

Accordingly,

**IT IS ORDERED granting** Plaintiffs' Motion to Remand to State Court. (Doc. 20).

**IT IS FURTHER ORDERED directing** the Clerk of Court to remand this action to the Maricopa County Superior Court.

**IT IS FURTHER ORDERED vacating** the Preliminary Pretrial Conference set

for March 24, 2026 at 1:30 PM.

    Dated this 10th day of February, 2026.

_____
Stephen M. McNamee
Senior United States District Judge